EDWARDS ANGELL PALMER & DODGE LLP
Rory J. McEvoy
Julie L. Sauer
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411
rmcevoy@eapdlaw.com
jsauer@eapdlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WEN LIU,

     Plaintiff,

  -against-

MOUNT SINAI SCHOOL OF MEDICINE AND
AGENTS, JEFF COHEN, JUAN WISNIVESKY,
KAREN JOHNSON, JACQUELINE ARCINIEGA,
VAISHALI PATEL, and ABIOLA FASINA,

     Defendants.

---

09 Civ. 9663 (RJS) (AJP)

**NOTICE OF MOTION**

  PLEASE TAKE NOTICE that upon the annexed Declaration of Rory J. McEvoy, Esq., sworn to on September 30, 2011, and the exhibits thereto; the Declaration of Julie L. Sauer, Esq., sworn to on September 30, 2011, and the exhibits thereto; the accompanying memorandum of law; and all prior proceedings had herein, Defendants The Mount Sinai Hospital, Jeff Cohen, Juan Wisnivesky, Karen Johnson, Jacqueline Arciniega, Vaishali Patel, and Abiola Fasina (collectively "Defendants"), will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be designated by the Court, for an order granting Defendants' motion to dismiss the Complaint, with prejudice, and granting such other and further relief, including costs and attorneys' fees, as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order, dated August 17, 2011, Plaintiff shall serve any opposing affidavits and answering memoranda by October 31, 2011.

Dated: New York, New York
September 30, 2011

EDWARDS, ANGELL, PALMER & DODGE LLP

By: _____
Rory J. McEvoy
Julie L. Sauer
Attorneys for Defendants
750 Lexington Avenue
New York, NY 10022
212.308.4411
rmcevoy@eapdlaw.com
jsauer@eapdlaw.com

TO: Wen Liu
*Pro se* Plaintiff
75 LaSalle Street
Apartment #5E
New York, NY 10027