UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEN LIU,

                          Plaintiff,

-v-

MOUNT SINAI SCHOOL OF MEDICINE
AND AGENTS

                          Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2012
```

No. 09 Civ. 9663 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a letter from Defendants, dated September 28, 2012, requesting that the Court order several representatives from the Court's *Pro Se* Office to appear for the hearing regarding Plaintiff's entitlement to equitable tolling of the limitations period. Additionally, Defendants request that the Court order the director of the *Pro Se* Office to provide information about employees working in the office during the relevant time period, and the Clerk of Court to provide documentary evidence. Defendants note that when they previously requested this information they were told, generally speaking, that the requested documents and information would not be provided without a subpoena. Defendants do not represent that they ever served a subpoena or made any formal attempts to obtain this discovery.

      Rather than issue a subpoena and attempt to resolve this on their own, Defendants now request that the Court effectively manage discovery for them "in the interest of time and to avoid the potential problem of these individuals moving to quash any subpoenas." IT IS HEREBY ORDERED that the request is denied. Nevertheless, the Court has spoken to representatives of the *Pro Se* Office and has directed that an individual from that office appear at the October 23,

2012 hearing and testify regarding the policies and procedures that were in place around the time that Plaintiff filed her Complaint.

SO ORDERED.

DATED:	October 1, 2012
	New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

<u>A copy of this Order has been sent to</u>:

Wen Liu
Lyx20031972@yahoo.com

3